UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PABLO DE LA CRUZ,

                        Plaintiff,                              23 Civ. 5778 (ER)

        -against-

SME MANAGEMENT CORP. d/b/a KEY FOOD              JUDGMENT
BONAVITA, SALVATORE BONAVITA, and
RALPH BONAVITA,

                        Defendants.
------------------------------------------------------------------X

      **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Pablo De La Cruz ("Plaintiff") on June 27, 2024; it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants SME Management Corp. d/b/a Key Food Bonavita, Salvatore Bonavita, and Ralph Bonavita, jointly and severally, in the amount of $40,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  New York, New York
             June 28, 2024

                                                      **SO ORDERED:**

                                                        _____
                                                        Hon. Edgardo Ramos
                                                       United States District Judge